IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL OMAR OTERO RIVERA

DEBTOR(S)

CASE NO. 14-00893-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **March 12, 2014**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: May 16, 2014     PLAN BASE: $18,060.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/22/2014

[ ] FAVORABLE       [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Provide evidence of being current with DSO payments until confirmation to comply with §1325(a)(8).**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$0.00/$3,000.00

Atty: JUAN O CALDERON

/s/ Andrew Jimenez
Andrew Jimenez

USDC #226510
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR